UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILLITO RIVER SOLAR LLC, dbd ECOFASTEN SOLAR, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>BAMBOO INDUSTRIES LLC dba SOLAR HOOKS, a Delaware limited liability company,<br><br>Defendant. | No. 2:17-cv-00181-TLN-CKD<br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO AMEND** |

This matter is before the Court on Plaintiff Rillito River's ("Plaintiff") unopposed Motion to Amend the Complaint. (ECF No. 23.) Upon review of Plaintiff's motion, the Court finds good cause appears to grant Plaintiff leave to amend its complaint. Plaintiff diligently raised the issue with Defendant Bamboo Industries ("Defendant") and the Court and the issue could not have been raised at an earlier time as the proposed additional patents were only recently granted by the Patent and Trademark Office. Accordingly, Plaintiff's Motion to Amend (ECF No. 23) is hereby GRANTED.

IT IS SO ORDERED.

Dated: December 7, 2017

Troy L. Nunley
United States District Judge

1