Eric B. Hull (#291167)
KERCSMAR & FELTUS PLLC
SeaRise Building
233 Wilshire Boulevard
Fourth Floor
Santa Monica, California 90401
Telephone: (310) 566-8176
Facsimile: (480) 421-1002
ebh@kflawaz.com

Gregory B. Collins (admitted *pro hac vice*)
Sean J. O'Hara (admitted *pro hac vice*)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
sjo@kflawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rillito River Solar LLC dba EcoFasten Solar, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Bamboo Industries LLC dba SolarHooks, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:17-cv-00181-TLN-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE CLAIM CONSTRUCTION BRIEFING SCHEDULE TO AVOID MULTIPLE *MARKMAN* HEARINGS** |

Pursuant to L.R. 143 and 144, Plaintiff Rillito River Solar LLC, doing business as EcoFasten Solar ("EcoFasten"), and Defendant Bamboo Industries LLC, doing business as SolarHooks ("SolarHooks"), hereby stipulate and agree to continue the claim

1
STIPULATION TO CONTINUE CLAIM CONSTRUCTION BRIEFING
SCHEDULE TO AVOID MULTIPLE *MARKMAN* HEARINGS

construction briefing schedule so that the Court and the parties can avoid holding multiple *Markman* hearings in this action following the filing of the Amended Complaint [Dkt. #32], which added claims for infringement of two new patents. Granting this stipulation, continuing the claim construction deadlines, and re-setting the *Markman* hearing will promote judicial efficiency and conserve the Court's resources. If the stipulation is not granted, the parties will engage in two sets of claim construction procedures and briefing, and the Court will need to hold two *Markman* hearings, as construction of terms in the two newly added patents will not be ripe by the time of the currently scheduled *Markman* hearing on February 21, 2018. The parties' proposed schedule, set out at the end of this stipulation, will permit the Court to hold a single *Markman* hearing without impacting the scheduling of the dispositive motion deadline, final pretrial conference deadlines, or the trial date. These dates remain unchanged.

**Procedural Background**

This case began when EcoFasten filed a complaint alleging infringement of three patents (U.S. Patent Nos. 8,153,700, 9,134,044, and 9,447,988, collectively, the "Original Patents"). SolarHooks answered the complaint and the parties began engaging in discovery and the claim construction process, on the deadlines set out in the Court's Pretrial Scheduling Order [Dkt. #15], filing their Joint Claim Construction Statement [Dkt. #18] on October 13, 2017. Meanwhile, EcoFasten was issued two new patents (U.S. Patents Nos. 9,774,292 and 9,793,853, collectively, the "New Patents"). The New Patents are in the same patent application family as the Original Patents. EcoFasten alleges that the same SolarHooks products EcoFasten contends infringe the Original Patents also infringe the New Patents. To avoid the waste of a having two parallel lawsuits between identical parties concerning related patents, the parties agreed that EcoFasten would move to amend its complaint in this action to assert infringement of the New Patents [Dkt. #22] and the parties would jointly move to modify the scheduling order to accommodate a claim construction schedule for the New Patents [Dkt. #21].

While those motions were pending, the original scheduling order's briefing deadlines were drawing near. As an interim measure, the parties stipulated to briefly continue the briefing deadlines for two weeks [Dkt. #29, the "Interim Stipulation"]—a proposal that would give the Court additional time to consider the motion to amend and the joint motion to modify the scheduling order without affecting the parties' and the Court's readiness for the *Markman* hearing if the Court denied those motions and wished to proceed only on the Original Patents.

The day the parties filed the Interim Stipulation, the Court granted the motion to amend the complaint, permitting the parties to litigate the New Patents in this action. Later that same day, the Court also entered a minute order adopting some of the deadlines from the Interim Stipulation and re-set the *Markman* hearing from January 25, 2018 to February 21, 2018 [Dkt. #31]. Because the parties have not yet engaged in claim construction procedures for the New Patents, these new deadlines do not enable the parties to present construction issues under the New Patents at the *Markman* hearing as currently scheduled and, if not continued, will require the parties to engage in a second round of briefing and require the Court to hold a second *Markman* hearing on the New Patents after considering only the Original Patents in the February 21 *Markman* hearing. Granting this stipulation and resetting the *Markman* hearing will avoid this wasteful outcome.

**Stipulated Deadlines**

Under the deadlines originally proposed in the Joint Motion, EcoFasten has already served infringement contentions for the New Patents on October 27, 2017. The parties stipulate to the following deadlines that will catch up the New Patents to the Original Patents and permit the Court to resolve all claim construction issues in a single hearing:

- SolarHooks shall serve invalidity contentions for the New Patents by December 22, 2017;

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

- Each party shall serve its proposed terms for claim construction for the New Patents by December 29, 2017;
- Each party shall serve its proposed claim construction and extrinsic evidence for the New Patents no later than January 10, 2018;
- The parties shall file an updated Joint Claim Construction Statement no later than January 22, 2018 that includes all required information for the New Patents;
- The parties shall complete all discovery on claim construction issue son or before February 9, 2018;
- EcoFasten shall file its opening claim construction brief no later than February 23, 2018;
- SolarHooks shall file its responsive claim construction brief no later than March 23, 2018; and
- EcoFasten shall file its reply in support of the claim construction brief no later than April 13, 2018.

To accommodate these additional deadlines, the parties agree that the date for the *Markman* hearing should be continued to a date at the Court's convenience on or after April 23, 2018, and all remaining discovery shall be completed by August 17, 2018. All other pretrial deadlines and the trial setting may remain the same.

DATED this 19th day of December, 2017.

KERCSMAR & FELTUS PLLC

By: */s/ Sean J. O'Hara*
Gregory B. Collins
Sean J. O'Hara
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
*Attorneys for Plaintiff*

4
STIPULATION TO CONTINUE CLAIM CONSTRUCTION BRIEFING
SCHEDULE TO AVOID MULTIPLE *MARKMAN* HEARINGS

Kercsmar & Feltus PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
(480) 421-1001

LEE & HAYES PLLC

By: */s/William B. Dyer III*
Andrew G. Strickland
William B. Dyer III
1175 Peachtree Street, NE
100 Colony Square, Suite 2000
Atlanta, Georgia 30361
*Attorneys for Defendant*

**IT IS SO ORDERED.**

Dated: December 20, 2017

Troy L. Nunley
United States District Judge