Andrew G. Strickland (SBN 272364)
William B. Dyer III (*Pro Hac Vice*)
LEE & HAYES, PLLC
1175 Peachtree St., NE
100 Colony Square, Suite 2000
Atlanta, Georgia 30361
Telephone: (404) 815-1900
Andrew.Strickland@leehayes.com
Bill.Dyer@leehayes.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RILLITO RIVER SOLAR LLC DBA ECOFASTEN SOLAR, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>BAMBOO INDUSTRIES LLC DBA SOLARHOOKS, a Delaware limited liability company,<br><br>Defendant. | NO. 2:17-cv-00181-TLN-CKD<br><br>**STIPULATION AND ORDER TO CONTINUE DATES IN PRETRIAL SCHEDULING ORDER** |

Pursuant to L.R. 143 and 144, Defendant Bamboo Industries LLC doing business as SolarHooks ("SolarHooks"), and Plaintiff Rillito River Solar LLC, doing business as EcoFasten Solar ("EcoFasten"), hereby stipulate and agree to continue the dates in the Pretrial Scheduling Order (Dkt. 15) as modified by the Minute Order on the Stipulation to Modify Pretrial Scheduling Order (Dkt. 48) (collectively "the Modified Pretrial Scheduling Order") by at least 90 days.

Good cause exists to continue the dates in the Modified Pretrial Scheduling Order. After the Court's entry of its Claim Construction Order on September 11, 2018 (ECF. No. 50), both parties recognized an opportunity to narrow the issues in the case, and have begun the process of

1
STIPULATION TO TO CONTINUE DATES IN PRETRIAL SCHEDULING ORDER

scheduling a mediation to resolve their dispute. The parties are optimistic that mediation will result in either a complete settlement or a significant narrowing of the number of patents and accused products at issue. The number of patents and accused products at issue have a direct impact on issues for which the parties plan to provide expert testimony, including, but not limited to: infringement or non-infringement of the patent-claims-at-issue by SolarHooks, invalidity or validity of the patent-claims-at-issue, and the calculation of damages. But, given the current schedule, the parties will not be able to engage in mediation and detailed settlement discussions before initial expert reports are due on October 12, 2018. As a result, the parties fear they will have to expend significant resources providing expert testimony that may no longer be relevant after the parties mediate and narrow the scope of their dispute.

The parties therefore request at least a 90-day continuance of all currently scheduled dates to provide enough time to complete the mediation process and any later settlement discussion arising from the mediation process. The parties also seek at least a 90-day continuance so that they have sufficient time to prepare expert reports for any remaining issues in dispute after mediation, if needed. The table below shows the current dates identified in the Modified Pretrial Scheduling Order and the proposed dates the parties request through this stipulation:

| Event | Current Date | Stipulated Proposed Date* |
| --- | --- | --- |
| Opening Expert Reports | October 12, 2018 | January 11, 2019 |
| Rebuttal Expert Reports | November 2, 2018 | February 1, 2019 |
| Deadline for Dispositive Motion Hearings | January 10, 2019 | April 12, 2019 |
| Joint Final Pretrial Conference Statement | March 28, 2019 | June 28, 2019 |
| Final Pretrial Conference | April 4, 2019 | July 11, 2019 or later |
| Trial Date | June 3, 2019 | September 3, 2019 or later |

*The parties request a schedule that has at least the amount of time between dates as currently provided for in the Modified Pretrial Scheduling Order. Should the Court schedule the Final

| | |
|---|---|
| 1 | Pretrial Conference after July 11 or the start of Trial Dates after September 3, the parties request a likewise continuance for the other dates in the calendar. |
| 2 | Therefore, to preserve resources of the parties, to provide adequate time for mediation, |
| 3 | related settlement discussion, and expert witnesses to prepare written reports following |
| 4 | mediation and related settlement discussion, the parties hereby stipulate to at least a 90-day |
| 5 | continuance of all dates in the Pretrial Scheduling Order (Dkt. 15) as modified by the Minute |
| 6 | Order on the Stipulation to Modify Pretrial Scheduling Order (Dkt. 48). |
| 7 | DATED this 26th day of September, 2018. |

LEE & HAYES PLLC

By: */s/ Andrew G. Strickland*
Andrew G. Strickland (SBN 272364)
William B. Dyer III (*Pro Hac Vice*)
1175 Peachtree Street NE
100 Colony Square, Suite 2000
Atlanta, GA 30361

*Counsel for Defendant*

KERCSMAR & FELTUS PLLC

By: */s/ Sean J. O'Hara*
Gregory B. Collins, (*Pro Hac Vice*)
Sean J. O'Hara, (*Pro Hac Vice*)
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251

*Counsel for Plaintiff*

///

///

///

///

## **ORDER**

The Court amends its Pretrial Scheduling Order as follows:

| Event | New Date |
|---|---|
| Opening Expert Reports | January 11, 2019 |
| Rebuttal Expert Reports | February 1, 2019 |
| Deadline for Dispositive Motion Hearings | **April 18, 2019** |
| Joint Final Pretrial Conference Statement | **July 18, 2019** |
| Final Pretrial Conference | **July 25, 2019, at 2:00 PM** |
| Jury Trial Date | **September 23, 2019, at 9:00 AM** |

Dated: September 27, 2018

*[signature]*

Troy L. Nunley
United States District Judge