Eric B. Hull (#291167)
KERCSMAR & FELTUS PLLC
100 Wilshire Boulevard, Suite 700
Santa Monica, California 90401
Telephone: (310) 566-8176
Facsimile: (480) 421-1002
ebh@kflawaz.com

Gregory B. Collins (admitted *pro hac vice*)
Sean J. O'Hara (admitted *pro hac vice*)
KERCSMAR & FELTUS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (480) 421-1001
Facsimile: (480) 421-1002
gbc@kflawaz.com
sjo@kflawaz.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rillito River Solar LLC dba EcoFasten Solar, an Arizona limited liability company, | Case No. 2:17-cv-00181-TLN-CKD |
| Plaintiff, | **ORDER GRANTING REQUEST TO SEAL DOCUMENTS** |
| v. | |
| Bamboo Industries LLC dba SolarHooks, a Delaware limited liability company, | |
| Defendant. | |

Having considered the unopposed Request to Seal Documents submitted by Plaintiff Rillito River Solar, LLC dba EcoFasten Solar ("EcoFasten"), and good cause appearing, the Request to Seal Documents is GRANTED.

The Court finds particularized good cause to seal the Expert Report of Scott D. Hampton, CPA/ABV/CFF and its attachments (the "Report") because of the potential for

1

commercial harm to both parties from the dissemination of commercially sensitive information contained in the Report.

The Clerk shall file the Report under seal. The Report shall remain sealed unless and until this Court orders it to be unsealed.

IT IS SO ORDERED.

Dated: January 25, 2019

Troy L. Nunley
United States District Judge