Andrew G. Strickland (SBN 272364)
William B. Dyer III (*Pro Hac Vice*)
LEE & HAYES, P.C.
1175 Peachtree St., NE
100 Colony Square, Suite 2000
Atlanta, Georgia 30361
Telephone: (404) 815-1900
Andrew.Strickland@leehayes.com
Bill.Dyer@leehayes.com

*Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rillito River Solar LLC dba EcoFasten Solar, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>Bamboo Industries LLC dba SolarHooks, a Delaware limited liability company,<br><br>Defendant. | NO. 2:17-cv-00181-TLN-CKD<br><br>**ORDER GRANTING DEFENDANT'S MOTION FOR APPROVAL TO EXCEED PAGE LIMIT** |

After reviewing Defendant's Motion for Approval to Exceed Page Limit, and for good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED. The page limit for Defendant's Memorandum of Points and Authorities In Support of Motion For Summary Judgment is extended to 30 pages, exclusive of exhibits and other supporting documentation.

IT IS SO ORDERED.

Dated: March 6, 2019

_____
Troy L. Nunley
United States District Judge