Eric B. Hull (# 291167)
ebh@kfcfirm.com
KERCSMAR FELTUS & COLLINS PLLC
8200 Wilshire Blvd, Suite 222
Beverly Hills, California 90211
Telephone: (310) 928-7885
Facsimile:  (480) 421-1002

Gregory B. Collins (admitted *pro hac vice*)
Sean J. O'Hara *(admitted pro hac vice)*
gbc@kfcfirm.com
sjo@kfcfirm.com
KERCSMAR FELTUS & COLLINS PLLC
7150 East Camelback Road, Suite 285
Scottsdale, Arizona 85251
Telephone: (310) 928-7885
Facsimile:  (480) 421-1002

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rillito River Solar LLC dba EcoFasten Solar, an Arizona limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>Bamboo Industries LLC dba SolarHooks, a Delaware limited liability company,<br><br>Defendant | Case No. 2:17-cv-00181-TLN-CKD<br><br>**JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the terms of the parties' Settlement Agreement, Plaintiff Rillito River Solar, LLC dba EcoFasten Solar and Defendant Bamboo Industries, LLC dba SolarHooks hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this matter. This Court shall retain jurisdiction to enforce this Order of Dismissal.

Each party shall bear its own costs, expenses and attorney's fees incurred in this matter, and each party knowingly and voluntarily waives any right, arising under 35 U.S.C. § 285 or

otherwise, to make a claim for any costs, attorney's fees or other expenses associated with the matters settled by this Joint Stipulation of Dismissal.

DATED this 15th day of July, 2022.

KERCSMAR FELTUS & COLLINS PLLC

By: *s/ Sean J. O'Hara*
Sean J. O'Hara
Greg Collins
7150 East Camelback, Suite 285
Phoenix, Arizona 85251

Eric B. Hull
8200 Wilshire Blvd, Suite 222
Beverly Hills, California 90211

Attorneys for Plaintiff Rillito River Solar, LLC dba EcoFasten Solar

LEE & HAYES, P.C.

By: *s/ Andrew G. Strickland (With Permission)*
Andrew G. Strickland (SBN 272364)
William B. Dyer, III (Pro Hac Vice)
75 14th Street NE, Ste. 2500
Atlanta, GA 30309

Attorneys for Defendant Bamboo Industries, LLC dba SolarHooks

**IT IS SO ORDERED**.

Dated: July 15, 2022

Troy L. Nunley
United States District Judge